IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| MARTIN A. CALDERON | § § | |
| v. | § § | 2:16-CV-119 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE, and DENYING MOTION TO STAY

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by defendant MARTIN A. CALDERON. On June 16, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that defendant's motion to vacate be dismissed, and that petitioner's Motion to Stay filed June 16, 2016 be denied. No objections to the Report and Recommendation have been filed as of this date.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by defendant is hereby DISMISSED, and the Motion to Stay filed June 16, 2016 is DENIED.

IT IS SO ORDERED.

ENTERED this ___10th___ day of July 2017.

                                                      _s/ Mary Lou Robinson_
                                                      MARY LOU ROBINSON
                                                      UNITED STATES DISTRICT JUDGE